IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| MONTANA WILDERNESS ASSOCIATION, a non-profit organization, | ) ) ) | CV 09-88-M-DWM CV 09-102-M-DWM |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| GENE TERLAND, in his official capacity as director of the Bureau of Land Management's Montana State Office; MIKE POOL, in his official capacity as director of the Bureau of Land Management; the BUREAU OF LAND MANAGEMENT, an agency of the United States Department of the Interior; and the UNITED STATES DEPARTMENT OF THE INTERIOR, a federal department, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) ) | |
| THE WILDERNESS SOCIETY; FRIENDS OF THE MISSOURI BREAKS MONUMENT; NATIONAL TRUST FOR HISTORIC PRESERVATION; and OIL AND GAS ACCOUNTABILITY | ) ) ) ) ) | |

1

| | |
|---|---|
| PROJECT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| U.S. BUREAU OF LAND MANAGEMENT, an agency of the United States Department of Interior; GENE TERLAND, in his official capacity as director of the Bureau of Land Management's Montana State Office; MIKE POOL, in his official capacity as director of the Bureau of Land Management; and GARY SLAGEL, in his official capacity as manager of the Upper Missouri River Breaks National Monument, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |
| _____ | ) |

Pursuant to Federal Rule of Civil Procedure 42(a)(2), a court may order two actions consolidated when the actions involve common questions of law or fact. Both cases listed in the caption challenge Federal Defendants' actions regarding the Resource Management Plan for the Upper Missouri River Breaks National Monument. Because the cases present common questions of law and fact, the Court finds consolidation is appropriate.

IT IS HEREBY ORDERED that <u>Montana Wilderness Association v. Terland, et al.</u>, Cause No. CV 09-88-M-DWM and <u>The Wilderness Society, et al.</u>

2

v. U.S. Bureau of Land Management, et al., Cause No. CV 09-102-M-DWM, shall be consolidated as captioned above. Montana Wilderness Association v. Terland, et al., Cause No. CV 09-88-M-DWM shall be the lead case.

    IT IS FURTHER ORDERED that the parties in the consolidated case shall adhere to the case management order entered by this Court on June 18, 2009 in Montana Wilderness Association v. Terland, et al., Cause No. CV 09-88-M-DWM.

    The parties and Clerk of Court are directed to file all documents in both cases in the docket for Cause No. CV 09-88-M-DWM.

    Dated this 3rd day of August, 2009.

/s/ Donald W. Molloy
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT