

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDERNESS ASSOCIATION, | ) No. CV 09-95-GF-SEH |
| Plaintiff, | ) |
| v. | ) |
| GENE TERLAND, *et al.*, | ) |
| Defendants. | ) **ORDER** |
| THE WILDERNESS SOCIETY, *et al.*, | ) No. CV 09-96-GF-SEH |
| Plaintiffs, | ) |
| v. | ) |
| U.S. BUREAU OF LAND MANAGEMENT, *et al.*, | ) |
| Defendants. | ) |
| WESTERN WATERSHEDS PROJECT, *et al.*, | ) No. CV 10-04-GF-SEH |
| Plaintiffs, | ) |
| v. | ) |
| BOB ABBEY, *et al.*, | ) |
| Defendants. | ) |

Pending before the Court is Federal Defendants' Unopposed Motion to Consolidate the above-captioned cases.

**ORDERED**:

Defendants' Unopposed Motion to Consolidate[1] is **GRANTED**. *Montana Wilderness Association v. Terland, et al.*, CV 09-95-GF-SEH, *The Wilderness Society, et al. v. BLM, et al.*, CV 09-96-GF-SEH, and *Western Watershed Project, et al. v. Abbey, et al.*, CV 10-04-SEH, shall be consolidated for all purposes. *Montana Wilderness Association v. Terland, et al.*, CV 09-95-GF-SEH, shall be the lead case.

**IT IS FURTHER ORDERED**:

1. The parties in the consolidated cases shall adhere to the case management Order[2] entered by this Court on September 23, 2009, in *Montana Wilderness Association v. Terland, et al.*, CV 09-95-GF-SEH.

2. Documents filed in the consolidated action shall be captioned as follows:

---

[1] Doc. No. 9.

[2] Doc. No. 12.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| IN RE MONTANA WILDERNESS ASSOCIATION | No. CV 09-95-GF-SEH |

3. Any filing applicable to all of the consolidated actions shall be designated "This Document Relates to All Actions." Any filing applicable to only one of the consolidated cases shall be designated "This Document Relates to (applicable Cause Numbers)."

4. Files of the consolidated action shall be maintained in Cause Number CV-09-95-GF-SEH.

Dated this 8th day of February, 2010.

SAM E. HADDON
United States District Judge

-3-