UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| IN RE MONTANA WILDERNESS ASSOCIATION<br><br>This document relates to:<br>CV-09-95-GF-SEH<br>CV-09-96-GF-SEH | Case No. CV-09-95-GF-SEH<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    Judgment is hereby entered for Plaintiff Montana Wilderness Association on Count III of their Complaint (Case No. 09-95, Doc. No.1, 102-07) and for Plaintiffs The Wilderness Society, Friends of the Missouri Breaks Monument, National Trust for Historic Preservation, and Oil and Gas Accountability Project on their Fifth Claim for Relief insofar as it relates to BLM's failure to conduct an inventory of historic properties under the National Historic Preservation Act ("NHPA"). See Case No. 09-96, Doc No. 1, 224-27, 229-32, 234-35.

    Judgment is hereby entered for Federal Defendants Jamie Connell, in her official capacity as Director of BLM's Montana States Office, Neil Kornze, in his official capacity as Director of BLM, the BLM, the U.S. Department of the Interior, Josh Chase in his official capacity as Acting Manager of the Upper Missouri River Breaks National Monument; and for Defendant-Intervenors

Missouri River Stewards, Fergus County, Phillips County, Chouteau County, Blaine County, the Recreational Aviation Foundation, and Montana Pilots Association on all other claims.

Each party shall bear its own costs.

Dated this 27th day of December, 2016.

                TYLER P. GILMAN, CLERK

                By: /s/ M. Stewart
                M. Stewart, Deputy Clerk